### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHAWN MOLL, <br><br> **Plaintiff,** <br><br> v. <br><br> STATE OF UTAH et al., <br><br> **Defendants.** | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br><br> **Case No. 2:19-CV-101-CW** <br><br> **District Judge Clark Waddoups** |

Plaintiff, Shawn Moll, has not responded to the Court's August 2, 2019 order to within thirty days show cause why his case should not be dismissed for failure to comply with the Court's orders to submit his certified six-month inmate account statement. (ECF No. 11.) Indeed, the Court's most recent order was returned to sender, marked, "REFUSED UNABLE TO FORWARD." (ECF No. 12.) Plaintiff has not since updated his address with the Court.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED. This action is CLOSED.

DATED this 7th day of October, 2019.

BY THE COURT:

_____
CLARK WADDOUPS
United States District Judge